UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# JS-6

| | |
|---|---|
| A.G. KAWAMURA, in his official capacity as Secretary of the California Department of Food and Agriculture, | Case No. SACV09-00521-CJC(MLGx) |
| Plaintiff, | **ORDER OF DISMISSAL OF LAWSUIT** |
| v. | |
| AMERICHOICE GIFTS, INC., a North Carolina Corporation; BALLOONS, INC., a North Carolina Corporation; WILLIAM GRUBBS, an individual; RON GRUBBS, an individual; DOES 1 through 10, inclusive, | |
| Defendants. | |

Based upon the parties' Stipulation of Dismissal,

IT IS HEREBY ORDERED that this lawsuit be dismissed with prejudice.  Each party shall bear its own respective attorneys' fees and costs with respect to this lawsuit.

SO ORDERED:

_____
U.S.D.J.

Dated:  September 15, 2009